## 10312

### STATE v. LLOYD.

#### (101 S. E. 566.)

1. CRIMINAL LAW—APPEAL DISMISSED WHERE No ARGUMENT.—Where an accused, convicted of crime, has not filed an argument, his appeal will be dismissed.

2. CRIMINAL LAW—QUESTION OF FACT NOT REVIEWABLE.—The Supreme Court has no jurisdiction to pass upon questions of fact.

Before SHIPP, J., Lexington, Fall term, 1919. Appeal dismissed.

Proceedings between the State and B. R. Lloyd, and from the judgment, Lloyd appeals.

*Mr. Barnard B. Evans,* for appellant.

*Mr. Geo. B. Timmerman, Solicitor,* for the State.

December 22, 1919.

The opinion of the Court was delivered by MR. JUSTICE FRASER.

This appeal is dismissed for two reasons:

1. The appellant has not filed an argument.

2. The only questions raised are questions of fact, and this Court has no jurisdiction to pass upon them.

The appeal is dismissed.